UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 13-20470-JAD |
| JOSEPH FRIONI AND DIANE LEE FRIONI | CHAPTER 11 |
| | ADVERSARY NO: 13-02414-JAD |
| DEBTORS | |
| JOSEPH FRIONI AND DIANE LEE FRIONI PLAINTIFFS | DOC. # 4 |
| VS. | |
| INSOLVE RECOVERY, LLC, C/O CAPITAL RECOVERY GROUP, LLC | |
| DEFENDANT. | |

**DEFAULT ORDER OF COURT**

AND NOW, to-wit, this 27th day of January, 2014, upon consideration of the foregoing **COMPLAINT TO DETERMINE SECURED STATUS**, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

1. The fair market value of the Debtor's 2008 Cub Cadet is One Thousand Five hundred Dollars ($1,500.00).

2. The lien in favor of InSolve Recovery, LLC, c/o Capital Recovery Group, LLC, PO Box 88710, Milwaukee, WI 53288-0710 in the approximate amount of $1,200.00, is found to be fully secured with the amount of $3,451.81 is found to be fully unsecured, and as such, is extinguished and is to be paid along with all other unsecured claims duly proven in accordance with applicable provisions of the Bankruptcy Code, and such lien shall not survive bankruptcy nor affix to nor remain enforceable against the aforementioned property of the Debtor.

1-27-2014
DATE

BY THE COURT:

Jeffery A. Deller, Chief Judge
United States Bankruptcy Court
Western District of Pennsylvania

**FILED**

JAN 27 2014

CLERK, U.S. BANKRUPTCY COURT
WEST. DIST OF PENNSYLVANIA